# UNITED STATES DISTRICT COURT

For the    District of    Massachusetts

OMNIPOINT HOLDINGS, INC.

V.

THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10644 WGY

TO: (Name and address of Defendant)

Enid M. Starr
102 Fernwood Road
Brookline, MA  02445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Ricardo M. Sousa, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109-1024
(617) 456-8000

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON    APR 1 - 2005

CLERK

(By) DEPUTY CLERK

I hereby certify and return that today, April 6, 2005, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; Complaint in this action upon the within named Enid M. Starr, by leaving said copies with Jack Starr at 102 Fernwood Road, Brookline, MA 02445 *his/her* last and usual abode. Furthermore, later this same day I mailed (first class postage prepaid) additional true and attested copies to the within named Enid M. Starr, at 102 Fernwood Road, Brookline, MA 02445.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 6, 2005.

_____
Dennis Mahoney, Constable
& Disinterested Person over Age 18

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455