# UNITED STATES DISTRICT COURT

For the District of Massachusetts

OMNIPOINT HOLDINGS, INC.

V.

THE TOWN OF BROOKLINE, TOWN OF
BROOKLINE BOARD OF APPEALS and
DIANE R. GORDON, BAILEY S. SILBERT
and ENID M. STARR, in their
capacities as members of the Town
of Brookline Board of Appeals

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 10644 WGY

TO: (Name and address of Defendant)

Richard J. Kelliher
Town Administrator
Brookline Town Hall, 1st Floor
333 Washington Street
Brookline, MA  02445

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Worth, Esq.
Ricardo M. Sousa, Esq.
PRINCE, LOBEL, GLOVSKY & TYE LLP
585 Commercial Street
Boston, MA  02109-1024
(617) 456-8000

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: APR 1 - 2005

I hereby certify and return that today, April 6, 2005, I served a true and attested copy of the within Summons; Civil Cover Sheet; Category Sheet; Complaint in this action upon the within named Richard J. Kelliher, by giving in hand to Joanne Kinneally Agent in Charge. Said service was effected at: Town Administrator, Brookline Town Hall, 333 Washington Street, Brookline, MA 02445.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on April 6, 2005.

_____
Dennis Mahoney, Constable
& Disinterested Person over Age 18.

Service & Travel: $45.00

**Butler and Witten**
Boston, MA
(617) 325-6455