UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMNIPOINT HOLDINGS, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals <br><br> Defendants | CIVIL ACTION NO. 05-10644WGY |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Omnipoint Holdings, Inc., submits this disclosure consistent with its obligations under Local Rule 7.3.

Omnipoint Holdings, Inc. is a wholly owned subsidiary of T-Mobile, USA, Inc..

T-Mobile, USA, Inc., a wholly owned subsidiary of T-Mobile International, AG, is located in Bonn, Germany.

Deutsche Telekom AG, located in Bonn, Germany, owns at least ten percent of the stock of T-Mobile International AG.

                                Respectfully submitted,

                                OMNIPOINT HOLDINGS, INC.

                                By its attorneys,

                                /s/ William A. Worth
                                William A. Worth, Esq., BBO #544086
                                Ricardo M. Sousa, Esq. BBO # 565043
                                Prince, Lobel, Glovsky & Tye LLP
                                585 Commercial Street
                                Boston, MA 02109-1024
                                Tel: (617) 456-8000
                                Fax: (617) 456-8100

Dated: September 12, 2005