UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC. <br><br> Plaintiff, <br><br> v. <br><br> THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals <br><br> Defendants | CIVIL ACTION NO. 05-10644WGY |

## CERTIFICATE IN COMPLIANCE WITH LOCAL RULE 16.1

The undersigned certify that Omnipoint Holdings, Inc. has conferred with its attorney with a view to establishing a budget for the costs of conducting the full course of the above-referenced matter, including various alternative courses of the litigation and to consider the resolution of the litigation through the use of alternative dispute programs.

Respectfully submitted,

OMNIPOINT HOLDINGS, INC.

By its attorney,

_/s/ William A. Worth_
William A. Worth, BBO #544086
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, Massachusetts 02109
(617) 456-8000

OMNIPOINT HOLDINGS, INC.

*/s/ Gerald G. Marquis*

By its Authorized Representative
Gerald Marquis, Regional Zoning Manager

DATED: September 12, 2005