UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| OMNIPOINT HOLDINGS, INC., )<br>                         Plaintiff )<br>)<br>v. )<br>)<br>THE TOWN OF BROOKLINE, TOWN OF )<br>BROOKLINE BOARD OF APPEALS and )<br>DIANE R. GORDON, BAILEY S. SILBERT, )<br>and ENID M. STARR, in their capacity as )<br>members of the Town of Brookline )<br>Board of Appeals, )<br>                         Defendants. )<br>) | Civil Action No.<br>05-10644-WGY |

THE DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 16.1 (D)(3)

The undersigned hereby certify that they have conferred with respect to the above matter (1) with a view to establishing a budget for the costs of conducting the full course and various alternative courses – of the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

By:    */s/ Richard J. Kelliher*
        Richard J. Kelliher, Town Administrator
        Town of Brookline
        Brookline, MA 02445
        (617) 730-2200

By:    */s/ Joslin Ham Murphy*
        Joslin Ham Murphy
        333 Washington Street
        Brookline, MA 02446
        (617) 730-2190

Dated: September  9 , 2005