**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **OMNIPOINT HOLDINGS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals,**<br>**Defendants** | ) | **CIVIL ACTION NO.05-10644-WGY** |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br><br>**and**<br><br>**BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS,**<br>**Plaintiffs**<br><br>**v.**<br><br>**TOWN OF BROOKLINE, MASSACHUSETTS;**<br><br>**TOWN OF BROOKLINE BOARD OF APPEALS;**<br><br>**and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals,**<br>**Defendants.** | ) | **CIVIL ACTION NO. 05-10655-REK** |

**THE DEFENDANTS' MOTION**
**FOR CONSOLIDATION OF RELATED ACTIONS**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the defendants in this matter, the Town of Brookline, Town of Brookline Board of Appeals, and certain members of the Board of Appeals (the "defendants"), hereby move this Honorable Court for consolidation of these related actions.

The Defendants' Memorandum in Support of their Motion for Consolidation of Related Actions is attached hereto and incorporated herein by reference.

Counsel for the defendants hereby certifies that she has conferred with counsel for the plaintiffs pursuant to Local Rule 7.1(A)(2) in an attempt to resolve or narrow the issues raised in the Defendants' Motion For Consolidation of Related Actions; that the Plaintiff, Omnipoint Holdings, Inc., assents to the Motion, and that the Plaintiff, Cellco Partnership/Verizon does not give its assent.

A Proposed Order Granting the Defendants' Motion for Consolidation of Related Actions is attached.

Respectfully submitted,
*Town of Brookline, Board of Appeals, and*
*Members of the Board of Appeals*
By their Attorney:

/s/ Joslin Murphy
Joslin Murphy
BBO No. 553471
Associate Town Counsel
333 Washington Street
Brookline, MA 02445
Tel. No. (617) 730-2190

Dated: September 26, 2005

Assented To:

For the Plaintiff:
*Omnipoint Holdings, Inc.*

By its Attorneys:

*/s/ William A. Worth*

William A. Worth
BBO No. 544086
Ricardo M. Sousa
BBO No. 565043
Prince, Lobel, Glovsky & Tye, LLP
585 Commercial Street
Boston, MA 02109-1024
Tel. No. (617)456-8000

Not Assented To:

For the Plaintiff:
*Cellco Partnership d/b/a Verizon Wireless and Bell Atlantic Mobile of Massachusetts Corporation, Ltd. d/b/a Verizon Wireless*

By their Attorneys:

______________________________

Michael S. Giaimo
BBO No. 552545
Danielle Andrews Long
BBO No. 646981
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404
(617)557-5900

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **OMNIPOINT HOLDINGS, INC., Plaintiff** | |
| **v.** | |
| **THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals, Defendants** | **CIVIL ACTION NO.05-10644-WGY** |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,** | |
| **and** | |
| **BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS, Plaintiffs** | |
| **v.** | **CIVIL ACTION NO. 05-10655-REK** |
| **TOWN OF BROOKLINE, MASSACHUSETTS;** | |
| **TOWN OF BROOKLINE BOARD OF APPEALS;** | |
| **and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals, Defendants.** | |

**AFFIDAVIT OF POLLY SELKOE**

I, Polly Selkoe, hereby state the following:

1. I am the Chief Planner for the Town of Brookline, Massachusetts. I have been employed in the Planning and Community Development Department of the Town of Brookline since May of 1989.

2. In June 2004, Omnipoint Holdings, Inc., filed an application for a special permit with the Town of Brookline Board of Appeals, seeking authorization to install wireless communication facilities and related equipment on certain commercial property known as the Shops at Putterham, a small shopping plaza located at 183 - 189 Grove Street and 1004 – 1022 West Roxbury Parkway in Brookline.

3. Verizon Wireless, Inc., submitted a similar application to the Board of Appeals within the same timeframe, also seeking permission to install wireless communication facilities and equipment at the same location.

4. By agreement of the parties, the Omnipoint and Cellco/Verizon applications were consolidated for hearing and decision purposes, and on August 12, 2004 and December 9, 2004 the Board of Appeals conducted a consolidated hearing.

5. On March 3, 2005, the Board of Appeals issued a decision denying both applications.

Signed under the pain and penalties of perjury on this 26th day of September 2005.

*/s/ Polly Selkoe*
Polly Selkoe

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **OMNIPOINT HOLDINGS, INC.,**<br>**Plaintiff**<br><br>**v.**<br><br>**THE TOWN OF BROOKLINE, TOWN OF BROOKLINE BOARD OF APPEALS and DIANE R. GORDON, BAILEY S. SILBERT and ENID M. STARR, in their capacities as members of the Town of Brookline Board of Appeals,**<br>**Defendants** | **CIVIL ACTION NO. 05-10644-WGY** |
| **CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS,**<br><br>**and**<br><br>**BELL ATLANTIC MOBILE OF MASSACHUSETTS CORPORATION, LTD. d/b/a VERIZON WIRELESS,**<br>**Plaintiffs**<br><br>**v.**<br><br>**TOWN OF BROOKLINE, MASSACHUSETTS;**<br><br>**TOWN OF BROOKLINE BOARD OF APPEALS;**<br><br>**and DIANE GORDON, HARRY MILLER, BAILEY SILBERT, ENID STARR, LAWRENCE KAPLAN, MURRAY SCHOCKET in their official capacities as Members of the Town of Brookline Board of Appeals,**<br>**Defendants.** | **CIVIL ACTION NO. 05-10655-REK** |

**PROPOSED ORDER GRANTING MOTION OF THE DEFENDANTS FOR CONSOLIDATION OF RELATED ACTIONS**

**ORDER**

Having considered the motion of the defendants for consolidation of the foregoing related actions, the memorandum of law in support thereof and good cause appearing therefore.

**IT IS HEREBY ORDERED:**

1. The Motion for Consolidation is granted.

2. The Order ( the "Order") shall apply to the above-captioned actions.

3. Every pleading in the Consolidated Actions shall have the following caption:

   Omnipoint Holdings, Inc. v. Town of Brookline, et al., 05-10644-WGY.

Dated:_____________, 2005

_________________________________
The Honorable William G. Young
United States District Judge

Submitted by:

Joslin Murphy (BBO No. 553471)
Associate Town Counsel
333 Washington Street
Brookline, MA 02445
Tel. No. (617)730-2190
Fax No. (617)264-6463