UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
OMNIPOINT HOLDINGS, INC.            )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
THE TOWN OF BROOKLINE,              )
TOWN OF BROOKLINE BOARD             )    CIVIL ACTION NO. 05-10644WGY
OF APPEALS and DIANE R. GORDON,     )
BAILEY S. SILBERT and ENID          )
M. STARR, in their capacities as    )
members of the Town of Brookline    )
Board of Appeals                    )
                                    )
    Defendants                      )
_____ )

## NOTICE OF APPEARANCE

TO:   THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the plaintiff Ominipoint Holdings, Inc. in the above-identified matter.

                                Respectfully submitted,

                                /s/Kristin M. Knuuttila
                                Kristin M. Knuuttila, BBO #633828
                                Prince, Lobel, Glovsky & Tye LLP
                                585 Commercial Street
                                Boston, MA 02109
                                (617) 456-8037

Date: September 30, 2005