UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE TOWN OF BROOKLINE,<br>TOWN OF BROOKLINE BOARD<br>OF APPEALS and DIANE R. GORDON,<br>BAILEY S. SILBERT and ENID M.<br>STARR, in their capacities as<br>members of the Town of Brookline<br>Board of Appeals,<br><br>Defendants. | CIVIL ACTION NO. 05-10644WGY |

**NOTICE OF APPEARANCE**

*To the Clerk of the Court:*

Please enter my appearance for the Defendants, the Town of Brookline, Town of Brookline Board of Appeals, Diane R. Gordon, Bailey S. Silbert, and Enid M. Starr, in their capacities as Members of the Town of Brookline Board of Appeals, in the above-captioned matter.

                                              Respectfully submitted
                                              By:

                                              */s/ Jennifer Dopazo*
                                              Jennifer Dopazo (BBO #632770)
                                              Town Counsel
                                              333 Washington Street
                                              Brookline, MA 02445
Dated: October 21, 2005               Tel. No. (617)730-2190