UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OMNIPOINT HOLDINGS, INC.<br><br>　　Plaintiff,<br><br>v.<br><br>THE TOWN OF BROOKLINE,<br>TOWN OF BROOKLINE BOARD<br>OF APPEALS and DIANE R. GORDON,<br>BAILEY S. SILBERT and ENID<br>M. STARR, in their capacities as<br>members of the Town of Brookline<br>Board of Appeals<br><br>　　Defendants | CIVIL ACTION NO. 05-10644WGY |

## JOINT MOTION TO EXTEND PRE-TRIAL SCHEDULE DEADLINES

The parties, Omnipoint Holdings, Inc. ("Omnipoint") and the Town of Brookline (the "Town), jointly move this Honorable Court for a thirty (30) day extension of the deadline to complete fact depositions (and subsequent deadlines) as the parties have scheduled, but will not be able to complete, fact depositions within the existing deadlines. The requested extension will not disrupt this Court's trial calendar as there is no scheduled trial date in this action as the parties expect this case will be resolved through cross motions for summary judgment. In further support, the parties states as follows:

The parties are in the discovery phase of this complex Federal Telecommunications Act matter involving Town zoning laws, several proposals for wireless telecommunications service throughout South Brookline and the efforts of municipal committees handling those proposals. They exchanged and reviewed thousands of documents beginning on or about March 4, 2006.

From those documents, the parties identified witnesses and scheduled eight (8) depositions to take place during the two week period beginning April 17.

While it complies with the existing April 30 deadline for completing fact depositions, this aggressive deposition schedule burdens the Town and leaves no room for scheduling conflicts or additional discovery. Town counsel will be involved in preparing 7 witnesses – three of whom are Town employees -- and attending all of the depositions scheduled. The number of depositions cannot be reduced as each deponent identified to date has unique knowledge of the myriad complex issues involved in this matter.

Further, this tight schedule does not allow for any scheduling conflicts that might arise. Moreover, if additional deponents are identified at the depositions that do go forward, given the existing schedule there will be no time to conduct additional depositions. An extension of the existing deadline will alleviate these time pressures and provide the parties sufficient time within which to complete all necessary fact depositions.

As stated, this is a case that both parties expect will be resolved through summary judgment. Leaving material facts undiscovered diminishes the chance that either party will succeed with summary judgment. Completing fact depositions is, therefore, critical to the parties' summary judgment efforts.

The parties propose the following revised schedule:

- Fact depositions will be completed by May 31, 2006.
- Expert disclosures will be made by June 30, 2006.
- Summary judgment motions will be served by July 17, 2006 and will be filed by August 17, 2006.

In the unlikely event that neither party is granted summary judgment, the parties will be ready for trial within forty-five days of the Court's ruling on summary judgment motions.

WHEREFORE, for the foregoing reasons the parties Omnipoint Holdings, Inc. and Town of Brookline respectfully request that this Joint Motion to Extend Pre-Trial Schedule Deadlines be allowed and all remaining scheduling deadlines be extended by 30 thirty days.

Respectfully submitted,

| OMNIPOINT HOLDINGS, INC. | TOWN OF BROOKLINE, et al., |
|---|---|
| By its attorneys, | By its attorneys, |
| /s/ William A. Worth | /s/ Joslin Murphy |
| William A. Worth, BBO #544086 | Jennifer Dopazo, BBO #632770 |
| Ricardo M. Sousa, BBO #565043 | Town Counsel |
| Kristin M. Knuuttila, BBO #633828 | Joslin Murphy, BBO # 553471 |
| Prince, Lobel, Glovsky & Tye LLP | Associate Town Counsel |
| 585 Commercial Street | Town of Brookline |
| Boston, MA 02109-1024 | 333 Washington Street |
| (617) 456-8000 | Brookline, MA 02445 |
| | (617)730-2190 |

Date: April 10, 2006

CERTIFICATE OF SERVICE

      I, William A. Worth, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2006.

_____
William A. Worth