UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
)
OMNIPOINT HOLDINGS, INC.           )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
THE TOWN OF BROOKLINE,             )
TOWN OF BROOKLINE BOARD            )   CIVIL ACTION NO. 05-10644WGY
OF APPEALS and DIANE R. GORDON,    )
BAILEY S. SILBERT and ENID         )
M. STARR, in their capacities as   )
members of the Town of Brookline   )
Board of Appeals                   )
                                    )
    Defendants                      )
_____)

## NOTICE OF CHANGE OF ADDRESS

TO:    THE CLERK OF THE ABOVE-NAMED COURT

Please take notice that as of April 15, 2006, we are located at a new Boston address:

**Prince, Lobel, Glovsky & Tye LLP**
**100 Cambridge Street, Suite 2200**
**Boston, MA 02114**
**(617) 456-8000**
**(617) 456-8100 (fax)**

Respectfully submitted,

/s/  William A. Worth
William A. Worth, BBO# 544086
Kristin M. Knuuttila, BBO #633828
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street, Suite 2200
Boston, MA  02114
Dated:  April 28, 2006                         (617) 456-8000

---

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 28, 2006.

    /s/ William A. Worth