UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

_____
)
OMNIPOINT HOLDINGS, INC.            )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
THE TOWN OF BROOKLINE,              )
TOWN OF BROOKLINE BOARD             )   CIVIL ACTION NO. 05-10644WGY
OF APPEALS and DIANE R. GORDON,     )
BAILEY S. SILBERT and ENID          )
M. STARR, in their capacities as    )
members of the Town of Brookline    )
Board of Appeals                    )
                                    )
    Defendants                      )
_____)

## STIPULATION OF DISMISSAL

    The parties to the above-entitled matter hereby stipulate, pursuant to Fed. R. Civ. P. 41 (a)(1) that the Complaint in the above-named case be dismissed with prejudice, without costs, and without the right of appeal.


OMNIPOINT HOLDINGS, INC.                         TOWN OF BROOKLINE, et al.,

By its attorneys,                                By its attorney,


/s/ William A. Worth                             /s/ Joslin Murphy
William A. Worth, Esq., BBO #544086              Joslin Murphy BBO # 553471
Kristin M. Knuuttila, Esq. BBO #633828           Associate Town Counsel
Prince, Lobel, Glovsky & Tye LLP                 Town of Brookline
100 Cambridge Street, Suite 2200                 333 Washington Street
Boston, MA 02114                                 Brookline, MA 02445
Tel: (617) 456-8000                              Tel: (617) 730-2190


Date: July 20, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 20, 2006.

                                                  /s/ William A. Worth